```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 38294
   HENRETTA MUSE
                                               CHAPTER 13

                                               JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-5503


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/14/2004 and was confirmed 11/30/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  73.85% from remaining funds.

     The case was paid in full 04/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP     SECURED            2922.95         122.87        2922.95
ASPIRE                     UNSECURED OTH      895.24             .00         661.09
CITY OF CHICAGO PARKING    UNSECURED         1655.00             .00        1222.22
COMMONWEALTH EDISON        UNSECURED        NOT FILED            .00            .00
HARRAHS CASINO             UNSECURED        NOT FILED            .00            .00
LASALLE BANK DEPT 8217     UNSECURED        NOT FILED            .00            .00
LOIS FORD                  UNSECURED         1350.00             .00         996.98
MTI                        UNSECURED        NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED             .00             .00            .00
ROOSEVELT UNIVERSITY NDS   UNSECURED        NOT FILED            .00            .00
SBC                        UNSECURED        NOT FILED            .00            .00
SPRINT                     UNSECURED        NOT FILED            .00            .00
TELECHECK                  UNSECURED        NOT FILED            .00            .00
WOW INTERNET & CABLE       UNSECURED        NOT FILED            .00            .00
ZALUTSKY & PINSKI          UNSECURED        NOT FILED            .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED         6970.04             .00        5147.37
CREDIT ACCEPTANCE CORP     UNSECURED             .00             .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY     2,700.00                         2,700.00
TOM VAUGHN                 TRUSTEE                                            806.52
DEBTOR REFUND              REFUND                                               6.97

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              14,586.97

PRIORITY                                          .00
SECURED                                      2,922.95
     INTEREST                                  122.87
UNSECURED                                    8,027.66
ADMINISTRATIVE                               2,700.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 38294 HENRETTA MUSE
```

```
TRUSTEE COMPENSATION                                              806.52
DEBTOR REFUND                                                       6.97
                                      ----------------    ----------------
TOTALS                                       14,586.97           14,586.97
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 07/29/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```